# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3499

_____

Janice Smith,                       *

                                *

          Appellant,         *

                                *    Appeal from the United States

     v.                     *    District Court for the Eastern

                                *    District of Arkansas.

Robbins Hardwood Flooring, Inc., also  *

known as Robbins Corporation,      *        [UNPUBLISHED]

                                *

          Appellee.          *

_____

Submitted:  July 30, 1999
Filed: August 13, 1999

_____

Before BOWMAN, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Janice Smith appeals the district court's adverse grant of summary judgment on Smith's race and sex-based employment discrimination claims.  Having reviewed the record and the parties' briefs, we see no error by the district court.  Assuming for the purpose of our review that Smith established the elements of a prima facie case, we conclude there is no substantial evidence in the record tending to show that Robbins Hardwood Flooring's decision to discharge Smith for insubordinate conduct was a pretext for race and sex discrimination.  We also conclude that an extended discussion

is unnecessary in this fact intensive case.  We thus affirm the district court without further discussion.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.